order of Special Term granting a motion to vacate a warrant of attachment on the ground of lack of jurisdiction. The action was to recover for money had and received. Plaintiff and defendant were both foreign corporations. It is conceded that the cause of action did not arise in this State, did not concern property here and that defendant was not doing business in this State. Plaintiff claimed that the fact that it had obtained permission to do business in this State and was doing business here gave the courts jurisdiction.

The following questions were certified:

" 1. Has the court power to grant a warrant of attachment herein?

" 2. Has the court jurisdiction of the cause of action herein under section 47 of the General Corporation Law? "

*David Paine* and *Chester Bordeau* for appellant.
*Otto C. Sommerich* and *Maxwell C. Katz* for respondent.

Order affirmed, with costs; questions certified answered in the negative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

GRACE H. GRIFFIN, Respondent, *v.* WILLIAM H. GRIFFIN, Appellant.

In the Matter of the Application of WILLIAM H. GRIFFIN.

*Appeal — order of Appellate Division denying motion for restitution of moneys paid under erroneous judgment — appeal to Court of Appeals dismissed.*

*Griffin* v. *Griffin*, 219 App. Div. 813, appeal dismissed.
(Argued May 3, 1927; decided May 17, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 6, 1927, which denied a motion for an order directing restitution of moneys paid by defendant to plaintiff under compulsion of an erroneous judgment.

*John Alexander, William H. Griffin* and *William J. Cullen* for appellant.

*Warren Leslie* and *Edgar A. Martin* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

WILLIAM H. ROBERTS, Respondent, *v.* OLGA PETROVA, Appellant.

*Appeal — unanimous affirmance — motion to dismiss appeal without permission to Court of Appeals granted.*

Roberts v. Petrova, 219 App. Div. 772, appeal dismissed.

(Argued May 2, 1927; decided May 17, 1927.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that permission to appeal had not been granted.

*Melville H. Cane* for motion.

*Nash Rockwood* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

D. & G. GIRL COAT Co., INC., Respondent, *v.* LAURA KAFKA et al., Defendants, and MARY ZABELICKY et al., Appellants.

*Appeal — motion to dismiss appeal denied.*

Reported below, 218 App. Div. 607.

(Submitted May 9, 1927; decided May 17, 1927.)

MOTION to dismiss an appeal from a judgment entered March 21, 1927, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of Special Term denying plaintiff's